# Sebastian Rudolph v. Pennsylvania Schuylkill Valley Railroad Company, Appellant.

Argued Feb. 1, 1897. Reargued Feb. 3, 1898. Appeal, No. 407, Jan. T., 1896, by defendant, from judgment of C. P. Montgomery Co., March T., 1890, No. 112, on verdict for plaintiff. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. JUSTICE DEAN, July 21, 1898:

Every question raised by this appeal, worthy of consideration, has been passed upon in opinion in case between same parties, No. 107, October term, 1890, of same court, judgment this day handed down, ante, p. 541.

The judgment is affirmed.